**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

_____
|
SANFORD WILLIAMS, JR. and : 
JAMES WILLIAMS :
:
Plaintiffs, :    Civil No. 05-4129 (RBK)
:
v. :    **ORDER**
:
EDWARD PETER DELLORCO, et al. :
:
Defendants. :
_____ :

**KUGLER**, United States District Judge:

THIS MATTER having come before the Court upon motions for summary judgment by

defendants Edward Peter Dellorco, Michael May, Thomas LaRosa, and Edward G. Begolly

("Lumberton Defendants") and by defendant Drew Cooke ("Cooke") for summary judgment

against plaintiffs Sanford Williams, Jr. and James Williams ("Plaintiffs"); and the Court having

considered the moving papers and the oppositions thereto; and for the reasons expressed in the

Opinion issued this date;

IT IS HEREBY **ORDERED** that the Lumberton Defendants' motion for summary

judgment on the count that Defendants used excessive force against Plaintiffs in violation of their

Fourth Amendment rights is **DENIED**;

IT IS FURTHER **ORDERED** that Cooke's motion for summary judgment on the count

that Cooke used excessive force against Plaintiffs in violation of their Fourth Amendment rights

is **DENIED**;

IT IS FURTHER **ORDERED** that the Lumberton Defendants' motion for summary judgment on the count that defendants Dellorco, Begolly, and LaRosa seized and searched plaintiff Sanford Williams's car in violation of his Fourth Amendment rights is **GRANTED**;

IT IS FURTHER **ORDERED** that the Lumberton Defendants' motion for summary judgment on the count that defendants Dellorco, May, and Cooke denied Plaintiffs medical care in violation of their Fourteenth Amendment rights by waiting until Plaintiffs were en route to Lumberton police station to call an ambulance is **GRANTED**;

IT IS FURTHER **ORDERED** that the Lumberton Defendants' motion for summary judgment pertaining to Sanford Williams's claim that defendant May deprived him of medical equipment on November 15, 2004 in violation of his Fourteenth Amendment rights is **DENIED**;

IT IS FURTHER **ORDERED** that the Lumberton Defendants' motion for summary judgment on the count that the Lumberton Defendants denied Plaintiffs food on November 15, 2004 in violation of their Fourteenth Amendment rights is **GRANTED**;

IT IS FURTHER **ORDERED** that Plaintiffs' claim that the Lumberton Defendants discriminated against them in violation of the Fourteenth Amendment is **DISMISSED**.


Dated: 11/20/07                                                    s/ Robert B. Kugler
                                                                          ROBERT B. KUGLER
                                                                          United States District Judge